1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO JAVIER SOLORIO LICEA, | CV F   05-0932 REC SMS HC |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK TO ENTER JUDGMENT FOR RESPONDENT |
| v. | |
| BERNIE ELLIS, Warden, | |
| Respondent. | [Doc. 5] |
| _____/ | |

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On September 7, 2005, the Magistrate Judge issued Findings and Recommendations that the Petition for Writ of Habeas Corpus be DISMISSED.   These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On September 29, 2005, Petitioner filed timely objections to the Findings and Recommendation.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1.      The Findings and Recommendations issued September 7, 2005, is ADOPTED IN

        FULL;

2.      The Petition for Writ of Habeas Corpus is DISMISSED; and

3.      The Clerk of the Court is DIRECTED to enter judgment for respondent.

IT IS SO ORDERED.

Dated:   November 16, 2005              /s/ Robert E. Coyle
668554                          UNITED STATES DISTRICT JUDGE

2